[No. 37908-2-II. Division Two. December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL GAIL TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00610-9, Roger A. Bennett, J., entered May 2, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 37927-9-II. Division Two. December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY A. STRUNKS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01684-1, Richard A. Strophy, J., entered April 24, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38041-2-II. Division Two. December 15, 2009.]

KAREN N. ROGERS, *Appellant*, v. TACOMA COMMUNITY COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-10652-4, Vicki L. Hogan, J., entered June 24, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38234-2-II. Division Two. December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO S. BELTRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-8-00191-1, Tracy Loiacono Mitchell, J. Pro Tem., entered August 15, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.